IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:24CR3060** |
| vs. | |
| BRIAN TITMAN, | **ORDER** |
| Defendants. | |

This matter is before the Court on the defendant's pro se motion requesting the court provide him with a copy of certain documents free of charge. Filing No. 151. Defendant was sentenced and a judgment was entered on April 10, 2025. Filing No. 108. The time to file an appeal has expired. Other than Defendant's current motion for free copies, there are no pending motions or appeals in this matter, and the defendant makes no showing as to why he needs these copies.

With regard to the requested copies, an individual does not have the right to receive copies of documents without payment, even if they are indigent. *See* 28 U.S.C. 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant under these circumstances. Therefore, the court is not inclined to order a copy of the requested court documents at the government's expense. The defendant may pay for the requested copies at the established rate of 50 cents per page. Accordingly,

IT IS ORDERED:

1.  Defendant's motion for free copies, Filing No. 151, is denied.

2.  The Clerk of Court is directed to mail a copy of this order to the Defendant at his last known address.

Dated this 30th day of January, 2026.

BY THE COURT:
*s/ Jacqueline M. DeLuca*
United States Magistrate Judge